JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MELINDA EICHBERG, | ) Case No: 2:18-CV-01052-DSF-SHK |
|---|---|
| Plaintiff | ) **[PROPOSED]** JUDGMENT |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of REMAND.

DATE: 9/14/2018

HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge

-1-